UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

AGNES GEORGES,

                             **Plaintiff,**

v.                                                                  1:17-CV-0524 (BKS/DJS)

**ERIC SCHNEIDERMAN,** *et al.*,

                              **Defendants.**
_____

**Appearances:**

Agnes Georges
Woodridge, VA
Plaintiff, pro se

**Hon. Brenda K. Sannes, United States District Judge:**

## MEMORANDUM-DECISION AND ORDER

Plaintiff Agnes Georges commenced this action pro se on May 11, 2017, utilizing a form civil rights complaint under 42 U.S.C. § 1983. Dkt. No. 1. Plaintiff also sought leave to proceed in forma pauperis. Dkt. No. 2. On July 19, 2017, United States Magistrate Judge Daniel J. Stewart granted Plaintiff's motion to proceed in forma pauperis and issued a Report-Recommendation and Order, recommending that the complaint be dismissed, pursuant to 28 U.S.C. § 1915 for failure to state a claim, with leave to amend in light of her pro se status. Dkt. No. 5.

Magistrate Judge Stewart advised Plaintiff that under 28 U.S.C. § 636(b)(1), she had fourteen days within which to file written objections to the report, and that the failure to object to the report within fourteen days would preclude appellate review. Dkt. No. 5, at 6-7. No objections to the Report-Recommendation have been filed.

As no objections to the Report-Recommendation have been filed, and the time for filing objections has expired, the Court reviews the Report-Recommendation for clear error. *See Petersen v. Astrue*, 2 F. Supp. 3d 223, 228-29 (N.D.N.Y. 2012); Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment. Having reviewed the Report-Recommendation for clear error and found none, the Court adopts it in its entirety.

For these reasons, it is

**ORDERED** that the Report-Recommendation (Dkt. No. 5) is **ADOPTED** in its entirety; and it is further

**ORDERED** that Plaintiff's complaint is **DISMISSED**, pursuant to 28 U.S.C. § 1915 for failure to state a claim; and it is further

**ORDERED** that Plaintiff is granted leave to file an amended complaint within thirty (30) days from the date of this Order; and it is further

**ORDERED** that if Plaintiff fails to file an amended complaint within 30 days from the date of this Order, the Clerk of the Court is directed to close this action, without further Order of the Court; and it is further

**ORDERED** that the Clerk serve a copy of this Order, by regular and certified mail, upon Plaintiff at the following address: 4081 Thackery Terrace, Woodbridge, VA 22192.

**IT IS SO ORDERED.**

Dated: September 26, 2017
Syracuse, New York

Brenda K. Sannes
U.S. District Judge