**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**AGNES GEORGES,**

                **Plaintiff,**

v.                                                                                        1:17-CV-0524 (BKS/DJS)

**ERIC SCHNEIDERMAN, et al.,**

                **Defendants.**
_____

**Appearances:**

Agnes Georges
Albany, NY 12210
Plaintiff, pro se

**Hon. Brenda K. Sannes, United States District Judge:**

## MEMORANDUM-DECISION AND ORDER

Plaintiff Agnes Georges commenced this action pro se on May 11, 2017, utilizing a form civil rights complaint under 42 U.S.C. § 1983. Dkt. No. 1. On September 26, 2017, this Court issued an Order adopting the Report-Recommendation of Magistrate Judge Daniel J. Stewart, and dismissed Plaintiff's complaint under 28 U.S.C. § 1915 for failure to state a claim, with leave to amend within 30 days. Dkt. No. 9. On October 19, 2017 Plaintiff filed a document that was construed as an amended complaint. Dkt. No. 12. This matter was referred to Magistrate Judge Stewart who, on November 15, 2017, issued a Report-Recommendation and Order recommending that Plaintiff's amended complaint be dismissed under 28 U.S.C. 1915(e) for failure to state a claim. Dkt. No. 14. Magistrate Judge Stewart advised Plaintiff that under 28 U.S.C. § 636(b)(1), she had fourteen days within which to file written objections to the report,

and that the failure to object to the report within fourteen days would preclude appellate review. Dkt. No. 14, at 3.  No objections to the Report-Recommendation have been filed.

As no objections to the Report-Recommendation have been filed, and the time for filing objections has expired, the Court reviews the Report-Recommendation for clear error.  *See Petersen v. Astrue*, 2 F. Supp. 3d 223, 228-29 (N.D.N.Y. 2012); Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment.  Having reviewed the Report-Recommendation for clear error and found none, the Court adopts it in its entirety.

For these reasons, it is

**ORDERED** that the Report-Recommendation (Dkt. No. 14) is **ADOPTED** in its entirety; and it is further

**ORDERED** that Plaintiff's amended complaint (Dkt. No. 12) is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim; and it is further

**ORDERED** that the Clerk serve a copy of this Order upon the parties in accordance with the Local Rules; and it is further

**ORDERED** that the Clerk is directed to close this case.

**IT IS SO ORDERED.**

Dated:  December 18, 2017

*/s/ Brenda K. Sannes*
Brenda K. Sannes
U.S. District Judge